# Exhibit 1

## ALEXANDROS TSIRIDES
LLB, LLM, Barrister
Griva Digheni Avenue, Panayides Building, office 203, Limassol, Cyprus

## *CURRICULUM VITAE*

**WORK EXPERIENCE**

| | |
|---|---|
| 2009-Present | **Managing Director, Costas Tsirides & Co. LLC**<br>Since 2009 Alexandros Tsirides has been the Managing Director of the law firm Costas Tsirides & Co. LLC. His practice concentrates mainly on civil litigation with emphasis on Commercial and Corporate issues. He also works as legal advisor to Commercial transactions and Corporate matters |
| 1999-2009 | **Associate, Costas Tsirides & Co.**<br>Alexandros Tsirides joined the firm in 1999 as an Associate where he had the opportunity to work in a wide range of issues including insurance, banking and tort. |
| 1998-1999 | **Trainee, Costas Tsirides & Co**<br>Alexandros Tsirides completed his training and obtained his license to practice in Cyprus during the year 1998-1999 |

**EDUCATION**

| | |
|---|---|
| 1998-1999 | **Cyprus Legal Council**<br>Practising License Course Examinations |
| 1997-1998 | **University College London**<br>Master of Laws in Commercial and Corporate law |
| 1996-1997 | **BPP Law School,**<br>Bar Final Course |

| | |
|---|---|
| **1993-1996** | **University College London** Bachelor of Laws |

**OTHER**

| | |
|---|---|
| **2011-Present** | Vice-President of the Limassol Bar Association |
| **2004-2006** | Treasurer of the Limassol Bar Association |