# Exhibit 2

**NOT FOR SERVICE OUT OF THE JURISDICTION WITHOUT PERMISSION OF THE COURT**

No.1- Writ of Summons (O.2, r. 1)

VAT No.: 10244227G
Scale: EURO 2,000,000 and over

In the District Court of Limassol

No.    3573 /2012

Between

(1) GORSOAN LIMITED
(2) GAZPROMBANK OJSC

**Plaintiffs**

– and –

(1) JANNA BULLOCK
29 OTHERS AS STATED IN THE ATTACHED APPENDIX A

**Defendants**

To the above mentioned Defendants

of (a) (1) 120 East 87th Street, Apt 10A, New York, NY, 10128, U.S.A. and as stated in the attached appendix A (b)

This is to command you that within ten days after the service of this writ you enter an appearance in an action against you by (1) Gorsoan Ltd and (2) Gazprombank OJSC

of (a) (1) Themistoklis Dervis 6, 1066 Nicosia and (2) 16 Nametkina Street, building 1, Moscow Russia 117420 (c)

The Plaintiffs' claim in the action is set out in the indorsement overleaf.

The Plaintiffs' address for service is: (d) The Law Office of Costas Tsirides & Co LLC, Corner of Griva Digeni and Chrysanthou Mylona 1, Panagides Building, Off. 203, 3035 Limassol.

And take notice that in default of you entering an appearance in the manners specified below, the Plaintiff may proceed in the action and judgment may be given in your absence.

Filed and sealed on (e)          03/ 08 /2012

(Signed)

COSTAS TSIRIDES & CO LLC
DRACOS & EFTHYMIOU LLC
Registrar.                              (f) Lawyers for the Plaintiffs

N.B. – An appearance may be entered either personally or by an advocate by delivering to the registrar at (g) Limassol a memorandum of appearance, and on the same day by delivering at the Plaintiffs' address for service a duplicate of such memorandum dated, signed and sealed by the Registrar.

See overleaf.

(a) Give full address, including street and number of premises, if any.
(b) State occupation of Defendant, if known.
(c) State Plaintiff's occupation.
(δ) Give the full name, occupation and address of a person within the municipal limits of the town or village in which is situated the Registry in which the action is filed, with whom documents intended for Plaintiff may be left.
(e) The date should be filled in by the Registrar.
(f) Delete the words "Lawyers for the Plaintiff" if you are filing the proceedings personally, and add the word "Plaintiff".
(g) State the town or village in which is situated the Registry described in (d) above.
N.B. – In drawing up a writ regard should be had to the provision of Order 2 and the provisions governing the indorsements of claim.
Note for Defendant. – A Defendant who is summoned for a claim exceeding CY£25 who wishes to employ an advocate should bear in mind that, except with the leave of the judge, an advocate cannot enter an appearance for him unless he has a retainer in writing in Form 12A given to him by the Defendant

## INDORSEMENT OF CLAIM

**The Plaintiffs' claim is:**

1. Against the Defendants 1 – 15, the amount of US$20,967,324, alternatively EUR16,947,384 as damages of fraud, conspiracy to defraud, defrauding creditors, unlawful means conspiracy, procuring breach of contract, unlawful interference, causing damage by unlawful means, dishonest assistance in breach of trust or fiduciary duty.

2. Against the Defendants 16 – 30, orders to (a) produce an information disclosure affidavit, and/or (b) deliver copies of the documents under their possession, power or control (including, without restriction, the documents under the possession control or power of their employees), relating to:

    (1) Defendants 1 – 15,

    (2) Defendants' 1 – 15 associates, and/or co-offenders in the torts committed by the Defendants 1 – 15, including, without restriction, Mr. Dmitry Kotlyarenko, and Mr. Valery Nosov,

    (3) the beneficiaries, directors, officers, representatives, and/or owners of the Defendants 1 – 15, and their co-offenders.

3. Interest on amounts adjudged as interest owed pursuant to a contract, and/or as compensation, and/or as legal interest.

4. Further or other remedy.

5. Expenses and VAT (VAT No. 10244227G).


(Signed)

Registrar.

True Copy

**COSTAS TSIRIDES & CO LLC**
**DRACOS & EFTHYMIOU LLC**
(a) Lawyers for the Plaintiffs

---

(α) Strike out the words "Lawyers for" if suing in person.

## Appendix A

| | |
|---|---|
| (2) ALEXEY KUZNETSOV | 120 East 87th Street, Apt 10A, New York, NY, 10128, U.S.A |
| (3) LAZIAR HOLDINGS LIMITED | Nafpliou 15, 2nd Floor, Off. 306, 3025, Limassol, Cyprus. |
| (4) NOVA PROVA ENGINEERING LIMITED | K. Paparigopoulou 15, Charalambides Chambers, Floor 3, Neapolis, 3106 Limassol, Cyprus. |
| (5) NOGION HOLDINGS LIMITED | K. Paparigopoulou 15, Charalambides Chambers, Floor 3, Neapolis, 3106 Limassol, Cyprus. |
| (6) NAKODA LIMITED | Nafpliou 15, 2nd Floor, Off. 215, 3025, Limassol, Cyprus. |
| (7) ALCORK LIMITED | Alemán, Cordero, Galindo & Lee Trust (BVI) Limited, 3rd Floor, Geneva Place, Waterfront Drive, BVI |
| (8) HITNELL LIMITED | Alemán, Cordero, Galindo & Lee Trust (BVI) Limited, 3rd Floor, Geneva Place, Waterfront Drive, BVI |
| (9) ELMWOOD VENTURES LIMITED | Alemán, Cordero, Galindo & Lee Trust (BVI) Limited, 3rd Floor, Geneva Place, Waterfront Drive, BVI |
| (10) SOLFERINO DEVELOPMENT S.A. | 3 rue Jean Jaurès, L-1836 Luxembourg, Grand-Duchy of Luxembourg |
| (11) SARL PRALONG | Route de l'Altiport Saint-Bon-Tarentaise, 73120 Courchevel 1850, France |
| (12) SARL CRYSTAL | Route de l'Altiport Saint-Bon-Tarentaise, 73120 Courchevel 1850, France |
| (13) SCI CHÂTEAU DU PUY ROBERT | 95, rue de la Boétie - 75008 Paris, France |
| (14) EURL SOCIETE D' EXPLOITATION DE L' HOTEL CHATEAU DU PUY ROBERT | 95, rue de la Boétie - 75008 Paris, France |
| (15) SAS SOCIÉTÉ DES HÔTELS D'ALTITUDE | 95, rue de la Boétie - 75008 Paris, France |
| (16) C.P. PALEMA LIMITED | Nafpliou 15, 2nd Floor, 3025, Limassol, Cyprus. |
| (17) C. P. PALEMA SERVICES LIMITED | Nafpliou 15, 2nd Floor, 3025, Limassol, Cyprus. |
| (18) CYPROMAN SERVICES LIMITED | Esperidon 12, Floor 7, 1087, Nicosia, Cyprus. |
| (19) CHARALAMBOS PAPAS also known as PAMBOS PAPAS | Nafpliou 15, 2nd Floor, 3025, Limassol, Cyprus. |
| (20) ZOULIAN MANAGEMENT LIMITED | Annis Komninis 29A, 1061 Nicosia, Cyprus |
| (21) ZOULIAN LIMITED | Annis Komninis 29A, 1061 Nicosia, Cyprus |
| (22) ELENI KINANI | Annis Komninis 29A, 1061 Nicosia, Cyprus |
| (23) MARIA ATZINI | Rupel 5, Apostolos Andreas, Limassol, Cyprus |
| (24) YIANNA ANTONIOU | Apollonos 4, Ypsonas, 4180, Limassol, Cyprus |
| (25) APHRODITE DEMETRIOU | Massaliotidas 35, Ayios Nicolaos, 3096 Limassol, Cyprus |
| (26) GEORGI MICHAEL | Kyklikis Keryneias 33, Trachoni, 4651 Limassol, Cyprus |
| (27) CHRISTIANA CHRISTOU | Arsinoes 29, 3021 Limassol, Cyprus. |
| (28) PANIKOS SYMEOU | Marinou Yeroulanou 82, Kato Polemidia, 4153 Limassol Cyprus |
| (29) CYPRUS POPULAR BANK PUBLIC CO LIMITED | Limassol Avenue 154, 2025 Nicosia, Cyprus. |
| (30) HELLENIC BANK PUBLIC COMPANY LIMITED | Corner Lemesou Avenue and Athalassas Avenue 200, 2025 Strovolos Nicosia Cyprus. |

<u>ΟΧΙ ΓΙΑ ΕΠΙΔΟΣΗ ΕΚΤΟΣ ΤΗΣ ΔΙΚΑΙΟΔΟΣΙΑΣ ΧΩΡΙΣ ΤΗΝ ΑΔΕΙΑ ΤΟΥ ΔΙΚΑΣΤΗΡΙΟΥ</u>

Αρ.1- ΚΛΗΤΗΡΙΟΝ ΕΝΤΑΛΜΑ (Ο.2, r. 1)

Αρ. ΦΠΑ: 10244227G
Κλίμακα: Ευρώ 2,000,000 και άνω

Εν τω Επαρχιακώ Δικαστηριω Λεμεσού

Αριθ. 3573 /2012

Μεταξύ

(1) GORSOAN LIMITED
(2) GAZPROMBANK OJSC

Εναγόντων

— και —

(1) JANNA BULLOCK
ΚΑΙ ΑΛΛΩΝ 29 ΩΣ ΤΟ ΕΠΙΣΥΝΗΜΜΕΝΟ ΠΑΡΑΡΤΗΜΑ Α

Εναγομένων

Τοις ως άνω εναγομένοις

εκ (α) (1) 120 East 87th Street, Apt 10A, New York, NY, 10128, Η.Π.Α. και ως το επισυνημμένο παράρτημα Α (3)

Διατάττεσθε δια του παρόντος όπως εντός δέκα ημερών απο της επιδόσεως του παρόντος κλητηρίου καταχωρήσετε εμφάνισιν εν αγωγή ήτις εκινήθη εναντίον υμών υπό των Εναγόντων (1) Gorsoan Ltd και (2) Gazprombank OJSC

εκ (α) (1) Θεμιστοκλή Δέρβη 6, 1066 Λευκωσία και (2) 16 Nametkina Street, building 1, Μόσχα, Ρωσία 117420 (γ)

Η εν τη αγωγή αξίωσις των Εναγόντων εκτίθεται εις την όπισθεν του παρόντος κλητηρίου οπισθογράφησιν.

Η διεύθυνσις επιδόσεως των Εναγόντων είναι: (δ) Το Δικηγορικόν γρ. ΚΩΣΤΑ ΤΣΙΡΙΔΗ ΚΑΙ ΣΙΑ Δ.Ε.Π.Ε., Γωνία Γρίβα Διγενή και Χρυσάνθου Μυλωνά 1, Μέγαρο Παναγίδη, Γρ. 203, 3035 Λεμεσός.

Έστω δε εις γνώσιν υμών ότι, εάν παραλείψητε να καταχωρήσητε εμφάνισιν συμφώνως προς τον κατωτέρω καθοριζόμενον τρόπον, οι Ενάγοντες δύναται να προχωρήση την αγωγήν και δύναται να δοθή απόφασις εν τη απουσία υμών.

Κατεχωρήθη και εσφραγίσθη την (ε)   3 / 8 /2012

(Υπ.)

ΚΩΣΤΑΣ ΤΣΙΡΙΔΗΣ ΚΑΙ ΣΙΑ Δ.Ε.Π.Ε.,
ΔΡΑΚΟΣ & ΕΥΘΥΜΙΟΥ Δ.Ε.Π.Ε.
(στ) Δικηγόροι δι' ενάγοντες.

Πρωτοκολλητής.

Σημείωσις: (1) Εμφάνισις δύναται να καταχωρηθή είτε προσωπικώς είτε δια δικηγόρου δια της παραδόσεως εις τον Πρωτοκολλητήν εν (ζ) Λεμεσό σημειώματος εμφανίσεως και δια της παραδόσεως κατά την ιδίαν ημέραν, εις την διεύθυνσιν επιδόσεως του Ενάγοντος, αντιγράφου του τοιούτου σημειώματος χρονολογημένου, υπογεγραμμένου και εσφραγισμένου υπο του Πρωτοκολλητού.

Ιδε όπισθεν.

(α) Σημειώσατε πλήρη διεύθυνσιν, συμπεριλαμβανομένων οδού και αριθμού οικήματος, εάν υπάρχη.
(β) Δηλώσατε επάγγελμα Εναγομένου, εαν είναι γνωστόν.
(γ) Δηλώσατε επάγγελμα Ενάγοντος.
(δ) Σημειώσατε το ονοματεπώνυμον, το επάγγελμα και την διεύθυνσιν προσώπου τινός εντός των δημοτικών ορίων της πόλεως ή του χωρίου ενθα κείται το Πρωτοκολλητείον εις το κατεχωρήθη η αγωγή, παρά τω οποίω πρόσωπο δύνανται να αφεθώσιν έγγραφα προοριζόμενα δια τον Ενάγοντα.
(ε) Η ημερομηνία δέον να συμπληρωθή υπο του Πρωτοκολλητού.
(στ)Απαλείψατε τας λέξεις «Δικηγόρος δι'ενάγοντα» εάν κινήτε την αγωγήν προσωπικώς, και προσθέσατε την λέξιν «Ενάγων»
(ζ) Δηλώσατε την πόλιν ή το χωρίον εις ο κείται το Πρωτοκολλητείον το περιγραφόμενον εις (δ) ανωτέρω.
Σημείωσις. Κατα την σύνταξιν κλητηρίου δέον να δίδεται προσοχή εις τας προνοίας της Διατάξεως 2 και τας πρόνοιας τας διεπούσας οπισθογραφήσεις Απαιτήσεως .
Σημείωσις δι'Εναγόμενον, Εναγόμενος κλητευθείς δι'αξιώσιν υπερβαίνουσας Λ.25, όστις επιθυμεί να χρησιμοποιήση τας υπηρεσίας δικηγόρου, δέον να έχη υπόψιν του ότι, εκτός τη αδεία του Δικαστού, δικηγόρος δεν δύναται να καταχωρήση εμφάνισιν δι'αυτόν εκτός εαν ούτος έχη έγγραφον εντολήν δοθείσαν αυτώ υπό του Εναγομένου κατα τον Τύπον 12Α.

<u>ΟΠΙΣΘΟΓΡΑΦΗΣΗ ΑΠΑΙΤΗΣΗΣ</u>

Οι Ενάγοντες αξιώνουν:

1. Εναντίον των Εναγομένων 1 – 15, το ποσό των US$20,967,324, διαζευκτικά EUR16,947,384, ως αποζημιώσεις για απάτη, δόλο, συνομωσία για διάπραξη απάτης (conspiracy to defraud), εξαπάτησης και/ή καταδολίευσης πιστωτών, συνομωσία για πρόκληση ζημιάς με παράνομα μέσα (unlawful means conspiracy), πρόκληση παράβασης σύμβασης (procuring breach of contract), παράνομη επέμβαση (unlawful interference), πρόκληση ζημιάς με παράνομα μέσα, δόλια υποβοήθηση για διάπραξη παράβασης καθήκοντος πίστης (dishonest assistance in breach of trust or fiduciary duty).

2. Εναντίον των Εναγομένων 16 – 30 διατάγματα (α) ένορκης αποκάλυψης πληροφοριών που γνωρίζουν, και/ή (β) παράδοσης αντιγράφων των εγγράφων που έχουν στην κατοχή, έλεγχο ή εξουσία τους (περιλαμβανομένων, άνευ περιορισμού, εγγράφων που είναι στην κατοχή, έλεγχο ή εξουσία των υπαλλήλων του), σχετικών με:

    (1)  τους Εναγομένους 1 – 15,

    (2)  τους συνεργούς και/ή τους συναδικοπραγήσαντες των Εναγομένων 1 – 15 στην διάπραξη των αδικοπραξιών από τους Εναγομένους 1 – 15, συμπεριλαμβανομένων, άνευ περιορισμού, του κ. Dmitry Kotlyarenko και του κ. Valery Nosov,

    (3)  τους δικαιούχους, διευθυντές, αξιωματούχους, αντιπροσώπους και/ή ιδιοκτήτες των Εναγομένων 1 – 15 και των συναδικοπραγησάντων αυτών.

3. Τόκο επί των ποσών που θα επιδικαστούν ως τόκος που οφείλεται δυνάμει σύμβασης και/ή ως αποζημιώσεις και/ή ως νόμιμος τόκος.

4. Περαιτέρω ή άλλη θεραπεία.

5. Έξοδα και Φ.Π.Α. (αρ. Φ.Π.Α. 10244227G).

(Υπογρ.) ΚΩΣΤΑΣ ΤΣΙΡΙΔΗΣ & ΣΙΑ Δ.Ε.Π.Ε.
ΔΡΑΚΟΣ & ΕΥΘΥΜΙΟΥ Δ.Ε.Π.Ε.
(α) Δικηγόροι εναγόντων

Πιστόν Αντίγραφον,

  Πρωτοκολλητής.

---

(α) Απαλείψατε τας λέξεις «Δικηγόρος δι᾽ Ενάγοντα» εαν κινήτε την αγωγήν προσωπικώς, και προσθέσατε την λέξιν «Ενάγων».

ΠΑΡΑΡΤΗΜΑ Α

..................Εναγόμενοι & Διευθύνσεις συνέχεια

| | |
|---|---|
| (2) ALEXEY KUZNETSOV | 120 East 87th Street, Apt 10A, New York, NY, 10128, Η.Π.Α. |
| (3) LAZIAR HOLDINGS LIMITED | Ναυπλίου 15, Όροφος 2, Γρ. 306, 3025 Λεμεσός, Κύπρος. |
| (4) NOVA PROVA ENGINEERING LIMITED | Κ. Παπαρηγόπουλου 15, Charalambides Chambers, όροφος 3, Νεάπολη, 3106, Λεμεσός, Κύπρος. |
| (5) NOGION HOLDINGS LIMITED | Κ. Παπαρηγόπουλου 15, Charalambides Chambers, όροφος 3, Νεάπολη, 3106, Λεμεσός, Κύπρος. |
| (6) NAKODA LIMITED | Ναυπλίου 15, Όροφος 2, Γρ. 215, 3025 Λεμεσός, Κύπρος. |
| (7) ALCORK LIMITED | Alemán, Cordero, Galindo & Lee Trust (BVI) Limited, 3rd Floor, Geneva Place, Waterfront Drive, Βρετανικές Παρθένες Νήσοι |
| (8) HITNELL LIMITED | Alemán, Cordero, Galindo & Lee Trust (BVI) Limited, 3rd Floor, Geneva Place, Waterfront Drive, Βρετανικές Παρθένες Νήσοι |
| (9) ELMWOOD VENTURES LIMITED | Alemán, Cordero, Galindo & Lee Trust (BVI) Limited, 3rd Floor, Geneva Place, Waterfront Drive, Βρετανικές Παρθένες Νήσοι |
| (10) SOLFERINO DEVELOPMENT S.A. | 3 rue Jean Jaurès, L-1836 Luxembourg, Grand-Duchy of Luxembourg Λουξεμβούργο |
| (11) SARL PRALONG | Route de l'Altiport Saint-Bon-Tarentaise, 73120 Courchevel 1850, Γαλλία |
| (12) SARL CRYSTAL | Route de l'Altiport Saint-Bon-Tarentaise, 73120 Courchevel 1850, Γαλλία |
| (13) SCI CHÂTEAU DU PUY ROBERT | 95, rue de la Boétie - 75008 Παρίσι, Γαλλία |
| (14) EURL SOCIETE D' EXPLOITATION DE L' HOTEL CHATEAU DU PUY ROBERT | 95, rue de la Boétie - 75008 Παρίσι, Γαλλία |
| (15) SAS SOCIÉTÉ DES HÔTELS D'ALTITUDE | 95, rue de la Boétie - 75008 Παρίσι, Γαλλία |
| (16) C.P. PALEMA LIMITED | Ναυπλίου 15, Όροφος 2, 3025 Λεμεσός, Κύπρος. |
| (17) C. P. PALEMA SERVICES LIMITED | Ναυπλίου 15, Όροφος 2, 3025 Λεμεσός, Κύπρος. |
| (18) CYPROMAN SERVICES LIMITED | Εσπερίδων 12, Όροφος 4, 1087 Λευκωσία, Κύπρος. |
| (19) ΧΑΡΑΛΑΜΠΟΣ ΠΑΠΑΣ ΑΛΛΩΣ ΠΑΜΠΟΣ ΠΑΠΑΣ | Ναυπλίου 15, Όροφος 2, 3025 Λεμεσός, Κύπρος. |
| (20) ZOULIAN MANAGEMENT LIMITED | Άννης Κομνηνής 29Α, 1061 Λευκωσία, Κύπρος. |
| (21) ZOULIAN LIMITED | Άννης Κομνηνής 29Α, 1061 Λευκωσία, Κύπρος. |
| (22) ΕΛΕΝΗ ΚΙΝΑΝΗ | Άννης Κομνηνής 29Α, 1061 Λευκωσία, Κύπρος. |
| (23) ΜΑΡΙΑ ΑΤΖΙΝΗ | Ρούπελ 5, Απόστολος Ανδρέας, Λεμεσός, Κύπρος. |
| (24) ΓΙΑΝΝΑ ΑΝΤΩΝΙΟΥ | Απόλλωνος 4, Ύψωνας, 4180 Λεμεσός, Κύπρος. |
| (25) ΑΦΡΟΔΙΤΗ ΔΗΜΗΤΡΙΟΥ | Μασσαλιώτιδας 35, Άγιος Νικόλαος, 3096 Λεμεσός, Κύπρος. |
| (26) ΓΕΩΡΓΙΑ ΜΙΧΑΗΛ | Κυκλικής Κερυνείας 33, Τραχώνι, 4651 Λεμεσός, Κύπρος. |
| (27) ΧΡΙΣΤΙΑΝΑ ΧΡΙΣΤΟΥ | Αρσινόης 29, 3021 Λεμεσός, Κύπρος. |
| (28) ΠΑΝΙΚΟΣ ΣΥΜΕΟΥ | Μαρίνου Γερουλάνου 82, Κάτω Πολεμίδια, 4153 Λεμεσός, Κύπρος. |
| (29) CYPRUS POPULAR BANK PUBLIC CO LIMITED | Λεωφόρος Λεμεσού 154, 2025 Λευκωσία, Κύπρος |
| (30) HELLENIC BANK PUBLIC COMPANY LIMITED | Γωνία Λεωφ. Λεμεσού & Λεωφ. Αθαλάσσας 200, 2025 Στρόβολος, Κύπρος. |